UNITED STATES BANKRUPTCY COURT　　　　　　RETURN DATE:　　OCTOBER 25, 2017
EASTERN DISTRICT OF NEW YORK　　　　　　　TIME:　　　　　　9:30 A.M.
----------------------------------------------------------X

In Re:　　　　　　　　　　　　　　　　　　　　　　Chapter 7

Melissa Jean Bryant f/k/a Melissa Gace,　　　　　　　Case No. 817-72593-A736

　　　　　　Debtor.　　　　　　　　　　　　　　　Notice of Hearing

----------------------------------------------------------X

　　　　PLEASE TAKE NOTICE, that on October 25, 2017 at 9:30 a.m. the undersigned will move before the Honorable Robert E. Grossman, United States Bankruptcy Judge, United States Bankruptcy Court, Alfonse M. D'Amato U.S. Courthouse, 290 Federal Plaza, Room 860, Central Islip, New York 11722, or as soon thereafter as counsel can be heard for an Order: (a) authorizing Marc A. Pergament, Chapter 7 Trustee, to retain Weinberg, Gross & Pergament LLP as attorneys for the Trustee; and (b) such other and further relief as this Court deems just and proper.

　　　　PLEASE TAKE FURTHER NOTICE, Objections to the Trustee's application shall be filed as follows: (a) (i) through the Bankruptcy Court's electronic filing system (in accordance with Order No. 476), which may be accessed through the Internet at the Bankruptcy Court's website: www.nyeb.uscourts.gov, and (ii) in portable document format (PDF) using Adobe Exchange software for conversion; or (b) if a party is unable to file electronically, such party shall submit the objection in PDF format on a diskette in an envelope with the case name, case number, type and title of document, document number of the document to which the objection refers, and the file name on the outside of the envelope. An objection filed by a party with no legal representation shall comply with section (b) or (c) as set forth in this paragraph. A hard copy of the objection, whether filed pursuant to section (a), (b) or (c), as set forth in this paragraph, shall be hand-delivered directly to the Chambers of the Honorable Robert E. Grossman, and a hard copy

shall be served upon the Trustee's counsel, Weinberg, Gross & Pergament LLP, 400 Garden City Plaza, Suite 403, Garden City, New York 11530, Attention: Marc A. Pergament, Esq., the Office of the United States Trustee, Alfonse M. D'Amato U.S. Courthouse, 560 Federal Plaza, Central Islip, New York 11722, and filed with the Clerk of the Bankruptcy Court, with a copy to chambers on or before October 18, 2017.

Dated: Garden City, New York
      August 8, 2017

                              Weinberg, Gross & Pergament LLP
                              Attorneys for Trustee

By:    _____
          Marc A. Pergament
          400 Garden City Plaza, Suite 403
          Garden City, New York 11530
          (516) 877-2424