*Weinberg, Gross & Pergament LLP*

**ATTORNEYS AT LAW**

Suite 403
400 Garden City Plaza
Garden City, New York 11530

Marc A. Pergament
*Partner*

Telephone: (516) 877-2424 Ext. 226
Facsimile: (516) 877-2460
Email: mpergament@wgplaw.com

April 20, 2018

VIA ECF
Mr. Robert Gavin
Clerk
United States Bankruptcy Court
Alphonse D'Amato Federal Courthouse
290 Federal Plaza
Central Islip, New York  11722

Re:    Melissa Jean Bryant f/k/a Melissa Gace
       Case No. 817-72593-A736

Dear Mr. Gavin:

This firm is counsel to the Trustee in the above-referenced Chapter 7 case.

This letter is in response to the e-mail of Diane Corsini of your office of April 6, 2018.

Be advised that I am investigating claims that may be pursued for the estate for legal malpractice and/or claims for bad faith against GEICO Insurance Company.

I expect to make my determination on or before December 31, 2018.

Very truly yours,

Marc A. Pergament

MAP:js